UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ALAN SCOFIELD,<br><br>            Petitioner,<br><br>    vs.<br><br>THE PEOPLE STATE OF CALIFORNIA,<br><br>            Respondent.<br>_____/ | Case No. 1:08-cv-00154 LJO TAG (HC)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS<br><br>(Doc. 12) |

On July 22, 2008, Petitioner filed a motion for an extension of time to file objections to Findings and Recommendations. (Doc. 10). The Court has considered Petitioner's motion, finds that good cause exists to grant it in part, and makes the following order:

1. Petitioner's motion for an extension of time to file objections to Findings and Recommendations is GRANTED, but only for twenty (20) days;

2. Petitioner shall have to and including August 18, 2008 to file objections.

IT IS SO ORDERED.

Dated:  **July 29, 2008**                                    /s/ Theresa A. Goldner
                                                            UNITED STATES MAGISTRATE JUDGE