UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ALAN SCOFIELD,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　　　Respondent. | 1:08-cv-00154-LJO-TAG HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br>(Doc. 10)<br><br>ORDER DISMISSING AMENDED PETITION FOR WRIT OF HABEAS CORPUS<br>(Doc. 8)<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　On June 30, 2008, the Magistrate Judge assigned to the case filed a Findings and Recommendations recommending that the amended petition for writ of habeas corpus (Doc. 8) be DISMISSED because collateral review was precluded by the doctrine announced in Lackawanna County Dist. Attorney v. Coss, 532 U.S. 394, 121 S.Ct. 1567 (2001).  (Doc. 10).  The Findings and Recommendations was served on all parties and contained notice that any objections were to be filed within fifteen days from the date of service of that order.  On August 18, 2008, Petitioner filed objections to the Magistrate Judge's Findings and Recommendations.  (Doc. 14).

　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis. Petitioner's objections present no grounds for questioning the Magistrate

Judge's analysis.   Accordingly, IT IS HEREBY ORDERED that:

    1. The Findings and Recommendation issued June 30, 2008 (Doc. 10), is ADOPTED IN FULL;

    2. The amended petition for writ of habeas corpus (Doc. 8) is DISMISSED; and

    3. The Clerk of Court is DIRECTED to ENTER JUDGMENT for Respondent and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:**    **September 10, 2008**          /s/ Lawrence J. O'Neill
                                                               UNITED STATES DISTRICT JUDGE